# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PHILLIP R. WASSERMAN,

          Plaintiff,

-vs-                                            Case No. 8:05-cv-1898-T-24TBM

TRIAD SECURITIES CORP and
NASD DISPUTE RESOLUTION, INC.,

          Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of Defendant's Motion for Reconsideration (Doc. No. 43). Plaintiff filed a Response in opposition thereto (Doc. No. 48).

Defendant seeks to have this Court reconsider its Order dated June 12, 2006 (Doc. No. 41) granting Plaintiff's Motion for Preliminary Injunction. Defendant argues that the Court overlooked its arguments that Wasserman must arbitrate the claims against him because he is the "control person" of Phillip Roy Fund as set forth in the End User Agreement and that Wasserman must arbitrate the claims against him because he is the alter ego of Phillip Roy Fund. On the contrary, the Court carefully considered these arguments and rejected them. The case law cited by Defendant is easily distinguishable and does not support Defendant's arguments that this Court should compel Wasserman to arbitrate as the control person or alter ego of Phillip Roy Fund. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Reconsideration (Doc. No. 43) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of July, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge